[No. 73314-1-I.   Division One.   May 23, 2016.]

*In the Matter of the Guardianship of* JAMES P. HALLIGAN.

VICTORIA E. HALLIGAN, *Appellant*, v. NORTHERN TRUST COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Island County, No. 14-4-00224-8, Vickie I. Churchill, J., entered January 26, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Schindler, JJ.

[No. 73327-3-I.   Division One.   May 23, 2016.]

ESTATE OF DOUGLAS E. KAFKA, JR., ET AL., *Appellants*, v. PROVIDENCE HEALTH AND SERVICES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-2-03559-2, Thomas J. Wynne, J., entered February 9, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Trickey, A.C.J., concurred in by Schindler and Dwyer, JJ.

[No. 73407-5-I.   Division One.   May 23, 2016.]

BUSINESS FINANCE CORPORATION, *Respondent*, v. VICTORIA KNOLL ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-18534-8, John R. Ruhl, J., entered April 6, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Appelwick, J.

[No. 73514-4-I.   Division One.   May 23, 2016.]

JOSHUA J. WOOLCOTT, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-09938-0, Ronald Kessler, J., entered May 8, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, C.J., and Becker, J.